| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 1:19-CR-10024-002 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | **21-tp-20081-BLOOM** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Yerandy Valdes Caraballo | Western Arkansas | El Dorado |

FILED BY____ *KS* ____D.C.

*Oct 20, 2021*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| NAME OF SENTENCING JUDGE |
| --- |
| Hon.  Susan O. Hickey, Chief U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 12/28/2020 | 12/27/2023 |

OFFENSE

Count 2 – Aiding and Abetting in the Possession of Fifteen or More Counterfeit Access Devices, 18 U.S.C. §§ 1029(a)(3) and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western           DISTRICT OF    Arkansas

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Florida                          upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/8/2021
*Date*

*Susan O. Hickey*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern           DISTRICT OF   Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/2021
*Effective Date*

*United States District Judge*

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | Case Number:    1:19CR10024-002 |
| YERANDY VALDES CARABALLO | ) | USM Number:    15559-010 |
| | ) | James Bruce Bennett |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   Two (2) of the Indictment on November 10, 2020.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1029(a)(3) and 2 | Aiding and Abetting in the Possession of Fifteen or More Counterfeit Access Devices | 08/28/2018 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   One (1), Three (3), Four (4) and Five (5), Six (6), and Seven (7) of the Indictment   ☐ is   ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 16, 2020
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

December 17, 2020
Date

AO 245B (Rev. 09/19)    Judgment in Criminal Case
                        Sheet 2 — Imprisonment

DEFENDANT:        YERANDY VALDES CARABALLO
CASE NUMBER:      1:19CR10024-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:    **time served, plus ten (10) days in federal custody.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
　　　　　　　　　Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:　　　YERANDY VALDES CARABALLO
CASE NUMBER:　　1:19CR10024-002

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:　　**three (3) years.**

## MANDATORY CONDITIONS

1.　You must not commit another federal, state or local crime.
2.　You must not unlawfully possess a controlled substance.
3.　You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

　　　　☐　The above drug testing condition is suspended, based on the court's determination that you
　　　　　　pose a low risk of future substance abuse. (check if applicable)

4.　☒　You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.　☒　You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.　☐　You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7.　☐　You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3A — Supervised Release

|  |  | Judgment—Page | 4 | of | 7 |
|---|---|---|---|---|---|

DEFENDANT: YERANDY VALDES CARABALLO
CASE NUMBER: 1:19CR10024-002

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___7___

DEFENDANT:          YERANDY VALDES CARABALLO
CASE NUMBER:        1:19CR10024-002

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit his person, residence and/or vehicle(s) to searches which may be conducted at the request of the U.S. Probation Officer at a reasonable time and in a reasonable manner based upon reasonable suspicion of a violation of any conditions of release.  Failure to submit to a search may be grounds for revocation.

2.  The defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription. If the defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.

3.  The defendant shall not incur any new debt nor establish any bank or credit accounts unless receiving prior approval from the probation officer, and he shall make any information concerning his financial status available to the probation officer upon request. The defendant shall allow and give consent to the probation officer to make contact with any of the defendant's financial institutions to confirm that the defendant is complying with this special condition.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page   6   of   7  

DEFENDANT:          YERANDY VALDES CARABALLO
CASE NUMBER:       1:19CR10024-002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 24,800.81 | $ -0- | $ -0- | $ -0- |

☐ The determination of restitution is deferred until_____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Farmers Bank & Trust<br>Attn: Tamra Alford<br>200 East Main Street<br>Magnolia, AR 71753 | $7,797.40 | $7,797.40 | |
| Smackover State Bank<br>Attn: Tresa White<br>708 Broadway Street<br>Smackover, AR 71762 | $435.90 | $435.90 | |
| Carter Credit Union<br>Attn: Jacki Hepp<br>45 Highway 79 North<br>Magnolia, AR 71753 | $3,869.24 | $3,869.24 | |
| Bancorp South Bank<br>300 North Jackson<br>Magnolia, AR 71743 | $1,478.49 | $1,478.9 | |
| River Valley Community<br>340 Cash Road SW<br>Camden, AR 71701 | $1,426.07 | $1,426.07 | |
| People's Bank of Magnolia<br>P.O. Box 340<br>Magnolia, AR 71754 | $7,446.47 | $7,446.47 | |
| First National Bank<br>200 West Court Street<br>Paragould, AR 72450 | $202.99 | $202.99 | |
| Bank of the Ozarks<br>12615 Chenal Parkway<br>Little Rock, AR 71762 | $1,911.50 | $1,911.50 | |
| Bank of America, N.A.<br>P.O. Box 15047<br>Wilmington, DE 19850-5047 | $202.75 | $202.75 | |
| Carolyn Prevoe<br>P.O. Box 624<br>Waldo, AR 71770 | $30.00 | $30.00 | |
| **TOTALS** | $     24,800.81 | $     24,800.81 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
     ☒ the interest requirement is waived for    ☐ fine    ☒ restitution.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page    7    of    7

DEFENDANT:      YERANDY VALDES CARABALLO
CASE NUMBER:    1:19CR10024-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☒   Lump sum payment of $   24,900.81   due as set forth below:

     ☐   not later than _____ , or
     ☒   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☒ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☒   Special instructions regarding the payment of criminal monetary penalties:

     If not paid immediately, the payment of any remaining balance shall be a condition of supervised release and may be paid in
monthly installments of not less than $250 or 10% of the defendant's net monthly earnings, whichever is greater, which the entire
balance to be paid in full one (1) month prior to the expiration of his supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| Felix Perez Valladares, Docket No.:<br>1:19CR10024-003 | $24,800.81 | $24,8001.81 | See Page 6. |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5)
fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution
and court costs.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 0 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA )
)
VS. )          No. 1:19CR10024-001-003
)          18 U.S.C. § 1029(a)(1)
JUAN DELGADO RAMOS—001 (   )          18 U.S.C. § 1029(b)(2)
YERANDY VALDES CARABALLO –002 )          18 U.S.C. § 1029(a)(3)
FELIX PEREZ VALLADARES—003 )          18 U.S.C. § 1028A(a)(1)
)          18 U.S.C. § 1029(a)(4)
)          18 U.S.C. § 2

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**
(Conspiracy to Commit Access Device Fraud)

A. INTRODUCTION

At all times relevant to this Indictment:

1. The term "access device" means any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used alone or in conjunction with another access device to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument).

2. A credit card or debit card is an "access device." Credit card issuers program the magnetic strip on the back of the card with the account holder's account number, name, and the expiration date for the account and authorizes the person named on the credit card to make charges for which they will be billed periodically by the card issuer. A debit card looks, acts, and contains the same

information as a credit card, but withdraws the money immediately from the card holder's affiliated bank account.

3. The term "counterfeit access device" means any access device, including a credit card, debit card, debit card number, or credit card number, that is counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit access device.

4. Each credit or debit card account has a unique number issued to it. A credit card or debit card account number is also an "access device." Credit card issuers, such as companies like VISA, American Express, MasterCard, Discover, and some federally insured banks and credit unions, place personal information on each card by physically stamping or embossing information such as the account number, the account holder's name, and the expiration date for the account. Credit card issuers and financial institutions also program the magnetic strip on the back of the card with the account holder's account number, name, and the expiration date for the account.

5. The term "means of identification" includes any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any access device. A credit card or debit card number is a means of identification.

6. A skimming device is an electronic device that can be placed on credit card readers to intercept and store debit and credit card information.

7. Once skimmed, debit card data can be re-encoded onto a retail store gift card or other plastic card bearing a magnetic strip and then used along with the account Personal Identification Number (PIN), to withdraw funds from the bank that had issued the debit card.

B. THE CONSPIRACY

8. Beginning on or about an unknown date, but at least as early as July 2018, and continuing to on or about August 28, 2018, in the Western District of Arkansas, El Dorado Division, and elsewhere, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and

**YERANDY VALDES CARABALLO**, and others known and unknown to the Grand Jury, knowingly and with intent to defraud did produce, use, and traffic in one or more counterfeit access devices, as defined in Title 18, United States Code, Section 1029(e)(2), that is, counterfeit debit and credit cards, said use and trafficking affecting interstate and foreign commerce.

## C. PURPOSE OF THE CONSPIRACY

9. It was the purpose of the conspiracy for the defendants to unlawfully enrich themselves and others with cash and property by obtaining, producing, and using counterfeit access devices from debit and credit accounts of victims held at various financial institutions.

## A. MANNER AND MEANS OF THE CONSPIRACY

10. It was a part of the conspiracy that the defendants would and did steal debit and credit card account numbers and other personal identifying information from account holders using skimming devices attached to gas pumps in the Magnolia, Arkansas area, and elsewhere, which captured and stored the information contained on the magnetic strip.

11. It was further part of the conspiracy that the defendants would and did obtain various access devices, including gift cards, and re-encode them with access device data fraudulently obtained through the use of a skimming device to have stolen debit and credit card account numbers embedded into each card's magnetic strip, thereby producing counterfeit access devices.

12. It was further a part of the conspiracy that the defendants utilized the counterfeit access devices to make fraudulent purchases and ATM withdrawals, said use affecting interstate commerce.

## B. OVERT ACTS

13. In furtherance of the conspiracy and to affect the objects of the conspiracy the following overt acts, among others, were committed in the Western District of Arkansas, and elsewhere:

Case: 1:19-cr-10024, Document: 12, Filed: 11-20-2019, Page 4 of 8

(a) It was part of the conspiracy that skimming devices were placed in gas pumps in Magnolia, Arkansas, in approximately July and August 2018.

(b) It was part of the conspiracy that the defendants obtained unauthorized access device data belonging to the customers which had been downloaded from the skimming devices onto a Lenovo laptop computer.

(c) It was part of the conspiracy that the defendants did use and attempt to use counterfeit credit cards with skimmed card data to makes purchases and ATM withdrawals between approximately July and August 2018.

(d) It was part of the conspiracy that Juan Delgado Ramos rented a room at the Magnuson Hotel on July 27, 2018, in Magnolia, Arkansas, where the defendants possessed numerous counterfeit access devices and device-making equipment.

(e) It was part of the conspiracy that on July 28, 2018, the defendants were in possession of approximately 39 counterfeit access devices and $11,860.00 in cash.

All in violation of Title 18 United States Code, Sections 1029(a)(1) and 1029(b)(2).

### COUNT TWO
(Possession of Fifteen or More Counterfeit Access Devices)

14. Beginning on or about an unknown date, but at least as early as on or about August 28, 2018, in the Western District of Arkansas, El Dorado Division, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly and with intent to defraud, did possess 15 or more access devices which were counterfeit, as defined in Title 18, United States Code, Section 1029(e)(2), such possession affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT THREE
(Aggravated Identity Theft)

15. On or about August 28, 2018, in the Western District of Arkansas, El Dorado Division, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly did transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the credit and debit card account number of B.D., during and in relation to the felony offenses described in Counts One and Two, which is incorporated herein by reference.

All in violation of Title 18, United States, Sections 1028A(a)(1) and 2.

### COUNT FOUR
(Aggravated Identity Theft)

16. On or about August 27, 2018, in the Western District of Arkansas, El Dorado Division, the defendants, **JUAN DELGADO RAMOS, FELIX PEREZ VALLADARES**. and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly did transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the credit and debit card account number of C.H., during and in relation to the felony offenses described in Counts One and Two, which is incorporated herein by reference.

All in violation of Title 18, United States, Sections 1028A(a)(1) and 2.

### COUNT FIVE
(Aggravated Identity Theft)

17. On or about August 21, 2018, in the Western District of Arkansas, El Dorado Division, and elsewhere, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly did transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the

Case 1:19-cr-20024 Document 12 Filed 11-20-2019 Page 6 of 8

credit and debit account number of A.L., during and in relation to the felony offenses described in Counts One and Two, which is incorporated herein by reference.

All in violation of Title 18, United States, Sections 1028A(a)(1) and 2.

## COUNT SIX
(Aggravated Identity Theft)

18. On or about August 25, 2018, continuing until on or about August 27, 2018, in the Western District of Arkansas, El Dorado Division, and elsewhere, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly did transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the credit and debit account number of J.R., during and in relation to the felony offenses described in Counts One and Two, which is incorporated herein by reference.

All in violation of Title 18, United States, Sections 1028A(a)(1) and 2.

## COUNT SEVEN
(Possession of Access Device-Making Equipment)

19. Beginning on or about an unknown date, but at least as early as July 2018, and continuing to on or about August 28, 2018, in the Western District of Arkansas, El Dorado Division, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, aiding and abetting each other, knowingly and with intent to defraud, produced, trafficked in, had control and custody over, and possessed access device-making equipment, as defined in Title 18, United States Code, Section 1029(e)(6), to wit: three card skimming devices; a Lenovo laptop with credit card encoder software and microchip programming software; and card scanner, such offense affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

20. The allegations contained in Counts One through Seven of this Indictment are re-alleged and incorporated by reference by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

21. As a result of committing the offenses as alleged in this Indictment, the defendants, **JUAN DELGADO RAMOS**, **FELIX PEREZ VALLADARES**, and **YERANDY VALDES CARABALLO**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest they have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation(s) and pursuant to Title 18, United States Code, Section 1029(c)(1)(C) any personal property used or intended to be used to commit the offense, including, but not limited to the following personal property:

        a)     One Lenovo Ideapad 330 Laptop Computer (Serial Number WDEYOLOZ)

22. Moreover, if any property subject to forfeiture, as a result of any act or omission by each defendant:

        (a)     Cannot be located upon the exercise of due diligence;

        (b)     Has been transferred or sold to, or deposited with a third party;

        (c)     Has been placed beyond the jurisdiction of the court;

        (d)     Has been substantially diminished in value; or

        (e)     Has been commingled with other property which cannot be subdivided without difficulty;

each defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

Case: 1:15-cr-10024   Document: 12   Filed: 11-20-2015   Page 8 of 8

A True Bill.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: _____

Sydney L. Butler
Assistant U.S. Attorney
Arkansas Bar No. 2012238
414 Parker Avenue
Fort Smith, AR  72901
(479) 783-5125
Sydney.L.Butler@usdoj.gov

Query    Reports    Utilities    Help   What's New   Log Out

INTERPRETER,MOTREF

# U. S. District Court
## Western District of Arkansas (El Dorado)
## CRIMINAL DOCKET FOR CASE #: 1:19-cr-10024-SOH-2

Case title: USA v. Ramos et al           Date Filed: 11/20/2019
Magistrate judge case number: 1:19-mj-01007-BAB      Date Terminated: 12/17/2020

Assigned to: Honorable Susan O. Hickey

**Defendant (2)**

| | |
|---|---|
| **Yerandy Valdes Caraballo**<br>*TERMINATED: 12/17/2020* | represented by **Alex Wynn**<br>Federal Public Defender<br>100 East Peach St.<br>Ste. 320<br>El Dorado, AR 71730<br>479-249-8648<br>Fax: 479-782-0525<br>Email: alex_wynn@fd.org<br>*TERMINATED: 08/18/2020*<br>*LEAD ATTORNEY*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**James Bruce Bennett**<br>Attorney at Law<br>621 North Washington<br>P. O. Box 1772<br>El Dorado, AR 71730<br>(870) 862-2321<br>Fax: (870) 862-2372<br>Email: bennettlawoffice@suddenlink.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 1029(a)(1), 18 U.S.C. § 1029(b)(2), 18 U.S.C. § 1029(a)(3) and 2 Conspiracy to Commit Access Device Fraud and Aiding and Abetting in Possession of More than Fifteen Unauthorized Access Devices | Time served plus 10 days in federal custody; 3 years supervised release; $100 special assessment; $24,800.81 restitution |

(2)

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18 U.S.C. § 1029(a)(1), 18 U.S.C. § 1029(b)(2), 18 U.S.C. § 1029(a)(3) and 2 Conspiracy to Commit Access Device Fraud and Aiding and Abetting in Possession of More than Fifteen Unauthorized Access Devices (1) | Dismissed by USA |
| 18 U.S.C. § 1028A(a)(1) and 2 Aggravated Identity Theft (3-6) | Dismissed by USA |
| 18 U.S.C. §1029(a)(4) and 2 Possession of Access Device-Making Equipment (7) | Dismissed by USA |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| Count 1 - Possession of fifteen or more counterfeit and unauthorized access devices in Violation of 18 USC 1029(a)(3) | |

---

### Plaintiff

| USA | represented by | **Sydney L. Butler** |
|---|---|---|
| | | U.S. Attorney's Office |
| | | 414 Parker Avenue |
| | | Fort Smith, AR 72901 |
| | | (479) 783-5125 |
| | | Fax: (479) 441-0578 |
| | | Email: sydney.l.butler@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Candace L. Taylor** |
| | | United States Attorney's Office |
| | | Assistant U.S. Attorney |
| | | 414 Parker Avenue |
| | | P. O. Box 1524 |

Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0578
Email: candace.taylor@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2019 | 1 | COMPLAINT as to Yerandy Valdes Caraballo (1). (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/16/2019) |
| 10/16/2019 | 2 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Arrest Warrant Issued as to Yerandy Valdes Caraballo. (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/16/2019) |
| 10/16/2019 | 3 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Yerandy Valdes Caraballo : Initial Appearance set for 10/28/2019 10:00 AM in El Dorado -- 2nd flr before Honorable Barry A. Bryant. Signed by Honorable Barry A. Bryant on October 16, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/16/2019)** |
| 10/16/2019 | 4 | PETITION and ORDER for Writ of Habeas Corpus Ad Prosequendum as to Yerandy Valdes Caraballo returnable by 10/28/2019. Signed by Honorable Barry A. Bryant on October 16, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) [1:19-mj-01007-BAB] (Entered: 10/16/2019) |
| 10/16/2019 | 5 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Writ of Habeas Corpus ad Prosequendum Issued as to Yerandy Valdes Caraballo to appear in El Dorado, Arkansas on 10/28/2019. Delivered to USMS for service. (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/16/2019) |
| 10/28/2019 | 6 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>PRETRIAL REPORT in case as to Yerandy Valdes Caraballo. (talb)Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019) |
| 10/28/2019 | | Case unsealed as to Yerandy Valdes Caraballo. (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019) |
| 10/28/2019 | 7 | Minute Entry for proceedings held before Honorable Barry A. Bryant: Initial Appearance as to Yerandy Valdes Caraballo held on 10/28/2019; Attorney Alex Wynn, Public Defender Appointment, for Yerandy Valdes Caraballo present. Theresa Jones, Interpreter for Defendant present. Defendant waived the issues of probable cause and detention, but reserved his rights. Defendant remanded to custody of U.S. Marshals Service. (Sheri Sivley-Digital Recorder)(Proceedings held in El Dorado-2nd Flr) (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019) |

| 10/28/2019 | 8 | CJA 23 Financial Affidavit by Yerandy Valdes Caraballo.<br><br>**THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019) |
|---|---|---|
| 10/28/2019 | 9 | **TEXT ONLY ORDER APPOINTING COUNSEL Alex Wynn for Yerandy Valdes Caraballo, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney, therefore, counsel is appointed to represent defendant in all further proceedings herein. Signed by Honorable Barry A. Bryant on October 28, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019)** |
| 10/28/2019 | 10 | **ORDER OF DETENTION as to Yerandy Valdes Caraballo. Defendant remanded to the custody of the U.S. Marshals Service pending hearing or release on bond. Signed by Honorable Barry A. Bryant on October 28, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/28/2019)** |
| 10/29/2019 | 11 | Arrest Warrant Returned Executed on 10/28/2019 as to Yerandy Valdes Caraballo. (mll) Modified Defendant name on 10/31/2019 (mfr). [1:19-mj-01007-BAB] (Entered: 10/29/2019) |
| 11/20/2019 | 12 | INDICTMENT as to Juan Delgado Ramos (1) count(s) 1-2, 3-6, 7, Yerandy Valdes Caraballo (2) count(s) 1-2, 3-6, 7, Felix Perez Valladares (3) count(s) 1-2, 3-6, 7. (cnn) (Entered: 11/21/2019) |
| 11/20/2019 | 13 | **THIS DOCUMENT IS RESTRICTED TO COURT USERS AND THE FILER ONLY.**<br><br>Criminal Cover Sheet filed by USA as to Juan Delgado Ramos, Yerandy Valdes Caraballo, Felix Perez Valladares. (cnn) (Entered: 11/21/2019) |
| 11/20/2019 | 14 | **THIS DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND COURT USERS.**<br><br>Citation Calendar as to Juan Delgado Ramos, Yerandy Valdes Caraballo, Felix Perez Valladares. (cnn) (Entered: 11/21/2019) |
| 11/21/2019 | 16 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Arrest Warrant Issued as to Yerandy Valdes Caraballo. (cnn) (Entered: 11/21/2019) |
| 11/22/2019 | 18 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Juan Delgado Ramos, Yerandy Valdes Caraballo, Felix Perez Valladares : Arraignment set for 12/4/2019 10:00 AM in El Dorado -- 2nd flr before Honorable Barry A. Bryant. Signed by Honorable Barry A. Bryant on November 22, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 11/22/2019)** |
| 12/03/2019 | 20 | Arrest Warrant Returned Executed on 11/21/2019 as to Yerandy Valdes Caraballo. *(Previously arrested on 10/28/19 Complaint.)*(mll) (Entered: 12/03/2019) |

| 12/04/2019 | 28 | Minute Entry for proceedings held before Honorable Barry A. Bryant: Arraignment as to Yerandy Valdes Caraballo (2) Count 1-2,3-6,7 held on 12/4/2019; Attorney Matt Hill for Alex Wynn, Public Defender Appointment, for Yerandy Valdes Caraballo present. Not guilty plea entered. Defendant waived the issue of detention, but reserves his rights. Defendant remanded to the custody of U.S. Marshals Service. Jury Trial set for 1/13/2020 09:00 AM in El Dorado -- 2nd flr before Honorable Susan O. Hickey. (Sheri Sivley-Digital Recorder)(Proceedings held in El Dorado-2nd Flr) (sss) (Entered: 12/05/2019) |
| --- | --- | --- |
| 12/04/2019 | 29 | **PRETRIAL SCHEDULING ORDER as to Yerandy Valdes Caraballo, establishing pretrial deadlines and setting case for jury trial on January 13, 2020. Signed by Honorable Barry A. Bryant on December 4, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 12/05/2019)** |
| 12/04/2019 | 30 | **ORDER OF DETENTION as to Yerandy Valdes Caraballo. Defendant remanded to the custody of the U.S. Marshals Service pending hearing or release on bond. Signed by Honorable Barry A. Bryant on December 4, 2019. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Main Document 30 replaced on 12/5/2019 to correct case #) (sss). Modified on 12/5/2019 (sss). (Entered: 12/05/2019)** |
| 12/19/2019 | 31 | Unopposed MOTION to Continue Jury Trial by Yerandy Valdes Caraballo. (Wynn, Alex) (Entered: 12/19/2019) |
| 01/07/2020 | 34 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Yerandy Valdes Caraballo : Detention Hearing set for 1/16/2020 10:00 AM in El Dorado -- 2nd flr before Honorable Barry A. Bryant. Signed by Honorable Barry A. Bryant on January 7, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 01/07/2020)** |
| 01/08/2020 | 35 | **ORDER TO CONTINUE - Ends of Justice as to Juan Delgado Ramos, Yerandy Valdes Caraballo, and Felix Perez Valladares. The Motions for continuance ( 32 , 31 , 33 ) are granted. The jury trial is RESET. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial, because otherwise counsel for the Defendants would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time excluded from 1/13/2020 until 4/6/2020. Jury Trial is reset for 4/6/2020 09:00 @ AM in El Dorado -- 2nd flr before Honorable Susan O. Hickey. Signed by Honorable Susan O. Hickey on January 8, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 01/08/2020)** |
| 01/16/2020 | 36 | Minute Entry for proceedings held before Honorable Barry A. Bryant: Detention Hearing as to Yerandy Valdes Caraballo held on 1/16/2020. Court continued the hearing to be set at a later date. (Sheri Sivley-Digital Recorder)(Proceedings held in El Dorado-2nd Flr) (sss) (Main Document 36 replaced on 1/17/2020)to correct witness name (sss). Modified on 1/17/2020 (sss). (Entered: 01/17/2020) |
| 01/29/2020 | 37 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>PRETRIAL REPORT in case as to Yerandy Valdes Caraballo. (talb) (Entered: 01/29/2020) |

| 02/05/2020 | 38 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Yerandy Valdes Caraballo : Detention Hearing set for 2/19/2020 10:00 AM in El Dorado -- 2nd flr before Honorable Barry A. Bryant. Signed by Honorable Barry A. Bryant on February 5, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 02/05/2020)** |
|---|---|---|
| 02/19/2020 | [40](#) | Minute Entry for proceedings held before Honorable Barry A. Bryant: Detention Hearing as to Yerandy Valdes Caraballo held on 2/19/2020. (Sheri Sivley-Digital Recorder)(Proceedings held in El Dorado-2nd Flr) (sss) (Entered: 02/19/2020) |
| 02/20/2020 | [41](#) | **ORDER TO CONTINUE - Ends of Justice as to Juan Delgado Ramos, Yerandy Valdes Caraballo, and Felix Perez Valladares. The 39 motion for continuance is granted. The jury trial is RESET. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial, because otherwise counsel for the Defendants would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time excluded from 4/6/2020 until 7/13/2020. Jury Trial is reset for 7/13/2020 @ 09:00 AM in El Dorado -- 2nd flr before Honorable Susan O. Hickey. Signed by Honorable Susan O. Hickey on February 20, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 02/20/2020)** |
| 02/21/2020 | [42](#) | **ORDER OF DETENTION as to Yerandy Valdes Caraballo. Defendant remanded to the custody of the U.S. Marshals Service pending hearing or release on bond. Signed by Honorable Barry A. Bryant on February 21, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 02/21/2020)** |
| 03/10/2020 | [43](#) | MOTION for Protective Order by USA as to Juan Delgado Ramos, Yerandy Valdes Caraballo, Felix Perez Valladares. (Butler, Sydney) (Entered: 03/10/2020) |
| 03/12/2020 | [44](#) | **ORDER granting [43](#) Motion for Protective Order as to Juan Delgado Ramos (1), Yerandy Valdes Caraballo (2), Felix Perez Valladares (3). Signed by Honorable Susan O. Hickey on March 12, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 03/12/2020)** |
| 05/04/2020 | [51](#) | MOTION for Reconsideration re [42](#) Order of Detention, by Yerandy Valdes Caraballo. (Wynn, Alex) (Entered: 05/04/2020) |
| 05/05/2020 | 52 | **TEXT ONLY ORDER REFERRING [51](#) MOTION for Reconsideration re [42](#) Order of Detention, filed by Yerandy Valdes Caraballo to Honorable Barry A. Bryant, U.S. Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(A) and Local Rule 72.1. Signed by Honorable Susan O. Hickey on May 5, 2020. Motions referred to Barry A. Bryant.(cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 05/05/2020)** |
| 05/06/2020 | 53 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Yerandy Valdes Caraballo. This hearing will be accessible via video conference ONLY. Access to the courthouse will not be allowed. Any non-party desiring access to the hearing should contact chambers at BABinfo@arwd.uscourts.gov by 5/8/20 and state their interest in the case. Recording of these proceedings by any means is prohibited (see FRCrimP 53 and Local Rule 83.2(a)). Violation of this prohibition may result in sanctions. Disruptive behavior will not be tolerated and may result in automatic removal from the conference. Please keep devices on mute unless asked to speak by the judge. Detention Hearing set for 5/13/2020 10:00 AM in** |

| | | |
|---|---|---|
| | | **Texarkana -- 2nd flr (Judge Bryhant's Chambers - AR side) before Honorable Barry A. Bryant.. Signed by Honorable Barry A. Bryant on May 6, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (sss) (Entered: 05/06/2020)** |
| 05/08/2020 | 54 | RESPONSE to Motion by USA as to Yerandy Valdes Caraballo re 51 MOTION for Reconsideration re 42 Order of Detention, (Butler, Sydney) (Entered: 05/08/2020) |
| 05/12/2020 | 55 | TEXT ONLY Minute Entry for proceedings held before Honorable Barry A. Bryant: Status Conference held via video hearing as to Yerandy Valdes Caraballo held on 5/12/2020. Attendees present: Judge Barry Bryant, USPO Heath Hall, USPO Tammy Albritton, AFPD Alex Wynn, USAO Sydney Butler and CRD Sheri Sivley. (Proceedings held in Texarkana-2nd Floor MJ Chambers Flr-AR side Via Video only. No recording of this proceeding was made.) (sss) (Entered: 05/12/2020) |
| 05/13/2020 | 56 | WAIVER of PERSONAL APPEARANCE at a Motion for Reconsideration and Detention Hearing pursuant to the CARES Act of 2020 with the consent of the Defendant after consultation with counsel by Yerandy Valdes Caraballo. (sss) (Entered: 05/13/2020) |
| 05/13/2020 | 57 | Minute Entry for proceedings held before Honorable Barry A. Bryant: Detention Hearing as to Yerandy Valdes Caraballo cancelled on 5/13/2020 due to ruling on Motion Hearing as to Yerandy Valdes Caraballo held on 5/13/2020 re 51 MOTION for Reconsideration filed by Yerandy Valdes Caraballo. (Sheri Sivley-Digital Recorder) (Proceedings held in Texarkana-2nd Floor MJ Chambers-AR side) **Roland recording device only from Texarkana courtroom.** (sss) (Entered: 05/13/2020) |
| 05/13/2020 | 58 | **ORDER denying 51 Motion for Reconsideration re Order of Detention as to Yerandy Valdes Caraballo (2). Signed by Honorable Barry A. Bryant on May 13, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 05/13/2020)** |
| 05/23/2020 | 62 | MOTION for Review of the Ruling of a Magistrate Judge re 58 Order on Motion for Reconsideration *of Detention Status* by Yerandy Valdes Caraballo. (Wynn, Alex) (Entered: 05/23/2020) |
| 05/27/2020 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Yerandy Valdes Caraballo held on January 16, 2020, before Judge Honorable Barry A. Bryant. Court Reporter/Transcriber Felisha Burson, CCR, Telephone number 870-677-6075. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber. After the Release of Transcript Restriction deadline, it, or a redacted transcript, may be obtained through the Court Reporter/Transcriber or PACER A Notice of Intent to Request Redaction of the Transcript <u>MUST</u> be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 6/17/2020. Redacted Transcript Deadline set for 6/29/2020. Release of Transcript Restriction set for 8/25/2020. (fdb) (Entered: 05/27/2020) |
| 05/27/2020 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of as to Yerandy Valdes Caraballo held on February 19, 2020, before Judge Honorable Barry A. Bryant. Court Reporter/Transcriber Felisha Burson, CCR, Telephone number 870-677-6075. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber. After the Release of Transcript Restriction deadline, it, or a redacted transcript, may be obtained through the Court Reporter/Transcriber or |

| | | |
|---|---|---|
| | | PACER A Notice of Intent to Request Redaction of the Transcript <u>MUST</u> be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 6/17/2020. Redacted Transcript Deadline set for 6/29/2020. Release of Transcript Restriction set for 8/25/2020. (fdb) (Entered: 05/27/2020) |
| 06/01/2020 | <u>68</u> | Amended MOTION for Review of the Ruling of a Magistrate Judge re <u>62</u> MOTION for Review of the Ruling of a Magistrate Judge re <u>58</u> Order on Motion for Reconsideration *of Detention Status*, <u>58</u> Order on Motion for Reconsideration by Yerandy Valdes Caraballo. (Wynn, Alex) (Entered: 06/01/2020) |
| 06/11/2020 | <u>69</u> | RESPONSE to Motion by USA as to Yerandy Valdes Caraballo re <u>68</u> Amended MOTION for Review of the Ruling of a Magistrate Judge re <u>62</u> MOTION for Review of the Ruling of a Magistrate Judge re <u>58</u> Order on Motion for Reconsideration *of Detention Status*, <u>58</u> Order on Motion for Reconsideration (Butler, Sydney) (Entered: 06/11/2020) |
| 06/29/2020 | <u>70</u> | **ORDER denying <u>62</u> Motion and <u>68</u> Amended Motion for Review of the Ruling of a Magistrate Judge re <u>42</u> Order of Detention, re <u>51</u> Motion for Reconsideration as to Yerandy Valdes Caraballo (2). Signed by Honorable Susan O. Hickey on June 29, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) Modified docket text on 7/1/2020 (mfr). (Entered: 06/29/2020)** |
| 06/30/2020 | <u>71</u> | **ORDER TO CONTINUE - Ends of Justice as to Juan Delgado Ramos, Yerandy Valdes Caraballo, and Felix Perez Valladares. The jury trial is RESET. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial. Time excluded from 7/13/2020 until 11/2/2020. Jury Trial is reset for 11/2/2020 @ 09:00 AM in El Dorado -- 2nd flr before Honorable Susan O. Hickey. Signed by Honorable Susan O. Hickey on June 30, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 06/30/2020)** |
| 07/27/2020 | <u>72</u> | Motion to Appoint New Counsel filed by Yerandy Valdes Caraballo. (lw) Modified on 7/27/2020 to edit text and event(cnn.). (Entered: 07/27/2020) |
| 07/27/2020 | 73 | **TEXT ONLY ORDER REFERRING <u>72</u> MOTION to Appoint Counsel to Honorable Barry A. Bryant, U.S. Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(A) and Local Rule 72.1. Signed by Honorable Susan O. Hickey on July 27, 2020. Motions referred to Barry A. Bryant.(cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 07/27/2020)** |
| 07/28/2020 | <u>74</u> | **ORDER directing Alex Wynne, FPD to Respond to the <u>72</u> MOTION to Appoint New Counsel on or before 8/18/20 (Using Sealed Document under Restricted CR Events). Signed by Honorable Barry A. Bryant on July 28, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 07/28/2020)** |
| 08/14/2020 | <u>75</u> | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.** <br><br> SEALED DOCUMENT by Yerandy Valdes Caraballo. An Order was entered on 7/28/2020 allowing the document(s) to be filed under seal. This docket entry is related to <u>72</u> MOTION to Appoint Counsel. (Attachments: # <u>1</u> Exhibit EXH. A- Banner News Article)(Wynn, Alex) (Entered: 08/14/2020) |

| 08/18/2020 | 76 | **ORDER granting 72 Motion to Appoint New Counsel; Appointing James B Bennett as to Yerandy Valdes Caraballo (2); Attorney Alex Wynn terminated in case as to Yerandy Valdes Caraballo. Signed by Honorable Barry A. Bryant on August 18, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 08/18/2020)** |
|---|---|---|
| 08/25/2020 | | Terminate Deadlines as to Yerandy Valdes Caraballo: Transcript released (cnn) (Entered: 08/25/2020) |
| 10/08/2020 | 80 | First MOTION to Continue Trial by Yerandy Valdes Caraballo. (Bennett, James) (Entered: 10/08/2020) |
| 10/09/2020 | 81 | **WITHDRAWN per 86 Minute Entry for proceedings held before Honorable Susan O. Hickey** First MOTION to Suppress by Yerandy Valdes Caraballo. (Bennett, James) Modified on 11/10/2020 (rwg). (Entered: 10/09/2020) |
| 10/16/2020 | 82 | **ORDER Setting Hearing on 81 First MOTION to Suppress as to Yerandy Valdes Caraballo. Motion Hearing set for 11/10/2020 @ 09:30 AM in El Dorado -- 2nd flr before Honorable Susan O. Hickey. The jury trial set for 11/2/2020 is continued until further notice from the Court. The Court finds that the ends of justice served by taking such action outweighs the best interest of the public and both Defendants in a speedy trial. *See Order for specifics.* Signed by Honorable Susan O. Hickey on October 16, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 10/16/2020)** |
| 10/23/2020 | 83 | RESPONSE to Motion by USA as to Yerandy Valdes Caraballo re 81 First MOTION to Suppress (Attachments: # 1 Exhibit Room 115 Nissan Car Search Warrant)(Butler, Sydney) (Entered: 10/23/2020) |
| 10/29/2020 | 84 | **TEXT ONLY ORDER Setting Hearing as to Yerandy Valdes Caraballo. This hearing will be accessible via video conference ONLY. Access to the courthouse will not be allowed. Any non-party desiring access to the hearing should contact chambers at SOHinfo@arwd.uscourts.gov by *1:00 p.m. on Thursday, 11/5/2020* and state their interest in the case. Recording of these proceedings by any means is prohibited (see FRCrimP 53 and Local Rule 83.2(a)). Violation of this prohibition may result in sanctions. Disruptive behavior will not be tolerated and may result in automatic removal from the conference. Please keep devices on mute unless asked to speak by the judge. Change of Plea Hearing set for 11/10/2020 @ 10:00 AM before Honorable Susan O. Hickey. Signed by Honorable Susan O. Hickey on October 29, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 10/29/2020)** |

| 10/30/2020 | 85 | **TEXT ONLY ORDER Resetting Hearing as to Yerandy Valdes Caraballo. This hearing will be accessible via video conference ONLY. Access to the courthouse will not be allowed. Any non-party desiring access to the hearing should contact chambers at SOHinfo@arwd.uscourts.gov by *1:00 p.m. on Thursday, 11/5/2020* and state their interest in the case. Recording of these proceedings by any means is prohibited (see FRCrimP 53 and Local Rule 83.2(a)). Violation of this prohibition may result in sanctions. Disruptive behavior will not be tolerated and may result in automatic removal from the conference. Please keep devices on mute unless asked to speak by the judge. \*\* Change of Plea Hearing reset for 11/10/2020 @ 11:00 AM before Honorable Susan O. Hickey. \*\* Signed by Honorable Susan O. Hickey on October 30, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 10/30/2020)** |
| --- | --- | --- |
| 11/10/2020 | 86 | Minute Entry for proceedings held before Honorable Susan O. Hickey: Change of Plea Hearing as to Yerandy Valdes Caraballo held on 11/10/2020. Plea entered by Yerandy Valdes Caraballo (2) Guilty Count 2. (Felisha Burson-Court Reporter)(Proceedings held in El Dorado-2nd Flr) (rwg) (Entered: 11/10/2020) |
| 11/10/2020 | 87 | PLEA AGREEMENT as to Yerandy Valdes Caraballo. (rwg) (Entered: 11/10/2020) |
| 12/02/2020 | 91 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>INITIAL DISCLOSURE COPY OF PRESENTENCE INVESTIGATION REPORT (SEALED) in case as to Yerandy Valdes Caraballo. Response or Objections to PSR due by 12/16/2020. (Attachments: # 1 Counsel Instruction Sheet)(agj) (Entered: 12/02/2020) |
| 12/08/2020 | 97 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>RESPONSE/OBJECTION(S) TO 91 PRESENTENCE INVESTIGATION REPORT (Sealed) by Yerandy Valdes Caraballo. (Bennett, James) Modified on 12/8/2020 to grant applicable party access (cnn). (Entered: 12/08/2020) |
| 12/09/2020 | 98 | **PRELIMINARY ORDER OF FORFEITURE as to Yerandy Valdes Caraballo. Signed by Honorable Susan O. Hickey on December 8, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 12/09/2020)** |
| 12/10/2020 | 100 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>RESPONSE/OBJECTION(S) TO 91 PRESENTENCE INVESTIGATION REPORT (Sealed) by USA as to Yerandy Valdes Caraballo. (Butler, Sydney) Modified on 12/10/2020 to grant applicable party access (cnn). (Entered: 12/10/2020) |
| 12/10/2020 | 101 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>FINAL PRESENTENCE INVESTIGATION REPORT (SEALED) in case as to Yerandy Valdes Caraballo. (See Addendum for PSR revisions). (Attachments: # 1 Addendum)(agj) (Entered: 12/10/2020) |
| 12/10/2020 | 102 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>SENTENCING RECOMMENDATION as to Yerandy Valdes Caraballo. (agj) (Entered: 12/10/2020) |

| | | |
|---|---|---|
| 12/11/2020 | 103 | **TEXT ONLY ORDER Setting/Resetting Hearings as to Yerandy Valdes Caraballo. This hearing will be accessible via video conference ONLY. Access to the courthouse will not be allowed. Any non-party desiring access to the hearing should contact chambers at SOHinfo@arwd.uscourts.gov** *by 1:00 p.m. on Tuesday, 12/15/2020* **and state their interest in the case. Recording of these proceedings by any means is prohibited (see FRCrimP 53 and Local Rule 83.2(a)). Violation of this prohibition may result in sanctions. Disruptive behavior will not be tolerated and may result in automatic removal from the conference. Please keep devices on mute unless asked to speak by the judge. Sentencing set for 12/16/2020 @ 04:00 PM before Honorable Susan O. Hickey. Signed by Honorable Susan O. Hickey on December 11, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rwg) (Entered: 12/11/2020)** |
| 12/16/2020 | 105 | Minute Entry for proceedings held before Honorable Susan O. Hickey: Sentencing as to Yerandy Valdes Caraballo held on 12/16/2020. (Felisha Burson-Court Reporter) (Proceedings held in El Dorado-2nd Flr) (rwg) (Entered: 12/16/2020) |
| 12/17/2020 | 106 | **JUDGMENT as to Yerandy Valdes Caraballo (2), Count(s) 1, 3-6, 7, Dismissed by USA; Count(s) 2 - Time served plus 10 days in federal custody; 3 years supervised release; $100 special assessment; $24,800.81 restitution. Signed by Honorable Susan O. Hickey on December 17, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 12/17/2020)** |
| 12/17/2020 | 107 | STATEMENT OF REASONS as to Yerandy Valdes Caraballo filed pursuant to the entry of the 106 Judgment.<br><br>**THIS DOCUMENT IS FILED UNDER SEAL.**<br><br>Signed by Honorable Susan O. Hickey on December 17, 2020. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (cnn) (Entered: 12/17/2020) |
| 04/01/2021 | 114 | NOTICE *Proof of Publication* by USA as to Yerandy Valdes Caraballo. (Attachments: # 1 Exhibit A-Notice of Forfeiture, # 2 Exhibit B-Advertisement Certification Report) (Taylor, Candace) (Entered: 04/01/2021) |
| 04/01/2021 | 115 | **FINAL ORDER OF FORFEITURE as to Yerandy Valdes Caraballo. Signed by Honorable Susan O. Hickey on April 1, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (mll) (Entered: 04/01/2021)** |
| 09/07/2021 | 118 | **PROBATION PETITION/ORDER to request modifying the conditions or term of supervision and the Court directs that the conditions or term of supervision be modified with consent of the defendant as to Yerandy Valdes Caraballo. Signed by Honorable Susan O. Hickey on September 7, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (mjm) (Entered: 09/07/2021)** |